IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



---

**UNITED STATES OF AMERICA**

v.                                                                                     **05-20186-B**

**EARNEST MITCHELL**

---

### ORDER ON ARRAIGNMENT

---

    This cause came to be heard on ___5/25/05___, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME ___Mary C. Jermann___ who is Retained/**Appointed**

    The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

    All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___ The defendant, who is not in custody, may stand on his present bond.
✓ The defendant, (not having made bond) ~~(being a state prisoner)~~ ~~(being a federal prisoner)~~ ~~(being held without bond pursuant to BRA of 1984)~~, is remanded to the custody of the U.S. Marshal.

                                         _S. Thomas Anderson_
                                  UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:922(g); 21:841(a)(1)

U. S. Attorney assigned to Case: D. Pritchard

Age: 47

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20186 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT