IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                     Cr. No. 05-20186-B

EARNEST MITCHELL,

    Defendant.

---

ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE MOTIONS

---

For good cause shown, based upon the filed motion of counsel, there being no objection from the AUSA, that this motion is well taken, and should be granted. Time to file motions by defendant is extended through September 29, 2005.

IT IS SO ORDERED.

HONORABLE J. DANIEL BREEN
UNITED STATED DISTRICT COURT

DATE: 9/27/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20186 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT