UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 11  AM 11: 25
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                         Cr. No. 05-20186-B

EARNEST MITCHELL,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO RESET
## SUPPRESSION HEARING/REPORT DATE

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to reset the suppression hearing/report date currently set for Monday, October 17, 2005 until **Thursday, October 27, 2005 @ 2:30 p.m.**

It is so **ORDERED**, this the 6th day of October, 2005.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-11-05

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CR-20186 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT