UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 25  AM 11: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITES STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Cr. No. 05-20186-B |
| EARNEST MITCHELL, | |
| Defendant. | |

### ORDER GRANTING DEFENDANT'S MOTION TO RESET SUPPRESSION HEARING/REPORT DATE

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to reset the suppression hearing/report date currently set for Thursday, October 27, 2005 until _Thursday, December 1, 2005 @ 1:30 pm_.

It is so **ORDERED**, this the ___24th___ day of October, 2005.

**HONORABLE J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-25-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20186 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT