UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 12  AM 10: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITES STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Cr. No. 05-20186-B |
| EARNEST MITCHELL, | |
| Defendant. | |

### ORDER GRANTING DEFENDANT'S MOTION TO RESET CHANGE OF PLEA DATE

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to reset the change of plea date currently set for Monday, December 12, 2005 at 9:15 a.m. until **December 22, 2005, at 11:00 a.m.**

It is so **ORDERED**, this the ___9th___ day of December, 2005.

HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-12-05

35

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CR-20186 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT