FILED BY _____ D.C.

05 DEC 22 PM 2: 40

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
VS. ) CR. NO. 05-20186-B
)
EARNEST MICHELL, )
)
    Defendant. )

## ORDER ON CHANGE OF PLEA AND SETTING

    This cause came to be heard on December 22, 2005, the United States Attorney for this district, Stephen P. Jones, appearing for the Government and the defendant, Earnest Mitchell, appearing in person, and with counsel, Mary C. Jermann, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **WEDNESDAY, APRIL 5, 2006, at 9:00 A.M.,** in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.

    Defendant is allowed to remain released on present bond.

    **ENTERED** this the 22 day of December, 2005.

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-23-05

(38)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CR-20186 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Stephen P. Jones
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main
Ste 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT